**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| *In re*: | ) | Chapter 7 |
| | ) | |
| Breandra Nicole Stewart | ) | |
| | ) | |
| *Debtor*. | ) | Case No. 19-35482-KLP |
| | ) | |

**NOTICE OF AND MOTION (1) TO COMPEL COOPERATION WITH TRUSTEE AND TURNOVER OF INFORMATION AND (2) FOR AN ORDER TO SHOW CAUSE**

  **PLEASE TAKE NOTICE** that Jennifer J. West, Chapter 7 Trustee for the bankruptcy estate of Breandra Nicole Stewart ("Trustee") pursuant to 11 U.S.C. § 105(a) and Rule 4002 of the Federal Rules of Bankruptcy Procedure (the "Rules"), moves the Court for an Order (a) Compelling the Debtor and Debtor's counsel to cooperate with the Trustee by turning over information requested, and (b) Directing the Debtor and Debtor's counsel to Show Cause as to why the Debtor and her counsel should not be sanctioned for their failure to cooperate with the Trustee (the "Motion").

  **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, then you may wish to consult one.)**

  If you do not want the Court to grant the Motion or if you want the Court to consider your views on the Motion, then you or your attorney should file with the Court, at the address shown below, a written response **on or before January 29, 2020, which is seven (7) days prior to the scheduled hearing on this Motion**.  If you mail your written objection to the Court for filing, then you must mail it early enough so the Court and the Trustee, will **receive it** on or before January 29, 2020.

  William C. Redden, Clerk
  U.S. Bankruptcy Court
  Eastern District of Virginia
  701 E. Broad Street, 5th Floor
  Richmond, Virginia 23219

You must also mail a copy to:

---

Jennifer J. West, Esq. (VSB No. 47522)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone:  (804) 697-2000
Facsimile:  (804) 697-2100
*Chapter 7 Bankruptcy Trustee for Debtor*

      Jennifer J. West, Trustee
      Spotts Fain PC
      411 East Franklin Street, Suite 600
      Richmond, Virginia  23219

You <u>must</u> attend a hearing to be held on **February 5, 2020 at 11:00 a.m.** in Judge Phillips' Courtroom, United States Bankruptcy Court, 701 E. Broad St., Room 5100, Richmond, Virginia 23219.

If you or your attorney do not take these steps, then the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

### MOTION (1) TO COMPEL COOPERATION WITH TRUSTEE AND TURNOVER OF INFORMATION AND (2) FOR AN ORDER TO SHOW CAUSE

Jennifer J. West, the Chapter 7 trustee for the bankruptcy estate of Breandra Nicole Stewart ("<u>Trustee</u>"), pursuant to 11 U.S.C. § 105(a) and Rule 4002 of the Federal Rules of Bankruptcy Procedure (the "<u>Rules</u>"), moves the Court for an Order (a) Compelling the Debtor and Debtor's counsel to cooperate with the Trustee by turning over requested information and (b) Directing the Debtor and Debtor's counsel to Show Cause as to why the Debtor and her counsel should not be sanctioned for their failure to cooperate with the Trustee (the "<u>Motion</u>").

In support, the Trustee states as follows:

1. On October 16, 2019 (the "<u>Petition Date</u>"), the Debtor filed with the Court a voluntary petition seeking relief pursuant to chapter 7 of title of the United States Code (the "<u>Code</u>").

2. Jennifer J. West was appointed interim Trustee and continues to serve as Trustee in the Debtor's bankruptcy case.

3. The section 341 meeting of creditors was first convened on November 19, 2019, and adjourned to December 10, 2019 for production of additional documentation and information including: (a) a recorded homestead deed; (b) bank statements with running balance

2

information (the "Account Information"); and (c) a copy of the post-petition fee agreement entered into between the Debtor and the Debtor's counsel (the "Fee Agreement").

4. The Debtor has an online bank account through First Third Bank, and the statements the Debtor produced do not include a running balance to substantiate the balance listed on the Debtor's schedules and exempted on the Debtor's homestead deed.

5. It is customary for Debtors and/or their counsel to provide the chapter 7 panel trustees evidence of the calculations used to arrive at the bank account balances scheduled when the statements provided by the financial institution do not include running balance information. The Trustee requested the Debtor and/or her counsel provide the Account Information to show how they arrived at the scheduled amount of $820.39 in this case.

6. The Trustee also requested that the Debtor and/or her counsel produce a copy of the Fee Agreement entered into between the Debtor and her counsel because the arrangement is unusual in that it is a post-petition arrangement which calls for a fee that is substantially higher than the typical pre-petition fee arrangement. The Trustee submits that understanding the terms and conditions of the Debtor's retention of counsel is well within the Trustee's purview for purposes of review and administration of a chapter 7 bankruptcy estate.

7. On December 9, 2019, the Debtor's attorney, Matthew Throop sent an email to the Trustee advising that "I have to decline your requests to provide a running balance and a fee agreement. With all due respect, I do not find your requests to be reasonable. Sorry that we do not see eye to eye on this." A copy of the email is attached hereto as **Exhibit 1**.

8. The Debtor and her counsel, Mr. Throop, appeared at the adjourned 341 meeting of creditors on December 10, 2019. Mr. Throop again refused to provide the Fee Agreement and advised the Trustee that "you can do the math" with regard to the request for the Account

Information. Mr. Throop further stated that the Trustee should "file a motion."

9. The 341 meeting of creditors was re-adjourned to January 14, 2019 for production of the Fee Agreement and the Account Information.

10. The homestead deed was received, but the other requested information has not been forthcoming.

11. The Trustee submits that the information requested is neither unreasonable nor onerous for the Debtor and/or her counsel to provide, and requests that the Debtor and her counsel be compelled to turnover the Fee Agreement and Account Information without further delay.

12. The Trustee further requests that this Court issue an order for the Debtor and her counsel to appear before this Court and show cause why they should not be sanctioned for failing to produce this information and requiring the Trustee to file this Motion.

13. Rule 4002(a)(4) of the Federal Rules of Bankruptcy Procedure requires the Debtor to "cooperate with the trustee in the preparation of an inventory, the examination of proofs of claim, and the administration of the estate."

14. "Section 105 of the Bankruptcy Code provides that '[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title.'" *In re Hookup, L.L.C.*, No. 12-33202-KRH, 2013 Bankr. LEXIS 170, at *6 (Bankr. E.D. Va. Jan. 15, 2013) (citing 11 U.S.C. § 105(a)).

15. The Debtor's failure to produce the requested information constitutes a failure to cooperate with the Trustee in the administration of the estate in violation of Rule 4002.

16. This Court should issue an order directing the Debtor and her counsel, Matthew Throop, to (a) turnover the Fee Agreement and Account Information and (b) appear before the

Court to show cause as to why they should not be sanctioned for their refusal and failure to cooperate with the Trustee's reasonable requests to produce the Fee Agreement and the Account Information.

17.    The Trustee respectfully requests a waiver of Local Bankruptcy Rule 9013-1(G), which requires a separate memorandum of points and authorities to accompany a motion.

**WHEREFORE**, the Trustee respectfully requests that the Court enter an Order (a) compelling the Debtor to produce running balance information for the bank account at First Third Bank, (b) compelling the Debtor and/or her counsel to turnover a copy of the Fee Agreement, and (c) directing the Debtor and her counsel to Show Cause why they should not be sanctioned for their failure to cooperate with the Trustee's requests, including but not limited to: (i) a monetary sanction payable to the Trustee for her costs associated with bringing this motion in an appropriate amount to be determined by the Court; (ii) requiring that the Fee Agreement and Account Information be provided to the Trustee within seven (7) days of the date of entry of an order granting this Motion; and (iii) for such other and further relief as this Court deems just and proper.

DATED: January 2, 2020                                JENNIFER J. WEST, TRUSTEE

                                                      By: /s/ Jennifer J. West
                                                              Counsel

Jennifer J. West, Esq. (VSB No. 47522)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone:    (804) 697-2000
Facsimile:    (804) 697-2100
*Chapter 7 Bankruptcy Trustee for the Debtor*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 2, 2020 I caused to be served a copy of the foregoing Notice and Motion to be served via electronic mail or notice on all parties that receive CM/ECF notification, including the following persons, including all necessary parties:

| | |
|---|---|
| Matthew S. Throop, Esq.<br>Throop Law P.C.<br>530 E Main Street STE 1020<br>Richmond, VA 23219 | Breandra Nicole Stewart<br>4003 Brandywine Dr.<br>North Prince George, VA 23860 |

Shannon Pecoraro, Esq.
Office of the U.S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

                                   /s/ Jennifer J. West

# Jennifer West

| | |
|---|---|
| **From:** | Matthew S. Throop, Esq. <Matthew@throoplaw.com> |
| **Sent:** | Friday, December 6, 2019 5:50 PM |
| **To:** | Jennifer West |
| **Subject:** | [External Sender]  RE: Breandra Nicole Stewart 19-35482-KLP Ch 7 |

Ms. West,

While I am not one to try and pick a fight with a trustee, I have to decline your requests to provide a running balance and a fee agreement. With all due respect, I do not find your requests to be reasonable. Sorry that we do not see eye to eye on this.


Sincerely,

## Matthew S. Throop, Esq.
Attorney & Counselor at Law





530 East Main Street, Suite 1020

Richmond, VA 23219

(804) 215-1515

(804) 299-5202 (fax)

matthew@throoplaw.com

**NOTICE: The information transmitted is intended for the named and intended recipient and may contain confidential, privileged information or material.  Any review, re-transmission or other use of this information by anyone other than the named and intended recipient is prohibited.  If you believe you received this message and are not the named and intended recipient, please contact the sender and delete the message in its entirety.**

**From:** Jennifer West <JWest@spottsfain.com>
**Sent:** Thursday, November 21, 2019 1:16 PM
**To:** Matthew S. Throop, Esq. <Matthew@throoplaw.com>
**Cc:** Kim Lord <klord@spottsfain.com>
**Subject:** RE: Breandra Nicole Stewart 19-35482-KLP Ch 7

Matthew:

1

It is standard procedure for counsel to do the math and provide the Trustee with a running balance on all accounts that do not otherwise provide them.  Please prepare a running balance and provide it to Ms. Lord at your earliest convenience.

If you would like to talk about the fee agreement, please feel free to give me a call.  I have not, and am not, challenging the agreement or your fee.  It is not an unreasonable request for me to see the fee agreement from you or any other attorney.  If you are not willing to provide a copy, please let me know why.

Thank you.

Jennifer J. West
Shareholder

Spotts Fain PC
411 E. Franklin Street, Suite 600
Richmond, VA 23219
(804) 697-2094 Direct
(804) 697-2194 Fax
jwest@spottsfain.com

SPOTTS✦FAIN

BIO  |  LINKEDIN  |  VCARD

This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.

**From:** Kim Lord <klord@spottsfain.com>
**Sent:** Thursday, November 21, 2019 1:11 PM
**To:** Jennifer West <JWest@spottsfain.com>
**Subject:** FW: Breandra Nicole Stewart 19-35482-KLP Ch 7

See below…

Kim A. Lord
Trustee Assistant

Spotts Fain PC
411 E. Franklin Street, Suite 600
Richmond, VA 23219
(804) 421-3242 Direct
(804) 421-3243 Fax
klord@spottsfain.com

SPOTTS✦FAIN

2

**From:** Matthew S. Throop, Esq. <Matthew@throoplaw.com>
**Sent:** Thursday, November 21, 2019 1:07 PM
**To:** Kim Lord <klord@spottsfain.com>; Kyle - Throop Law <kyle@throoplaw.com>
**Cc:** Lance - Throop Law <lance@throoplaw.com>; Stephen L. Flores, Esq. <Stephen@throoplaw.com>
**Subject:** [External Sender] RE: Breandra Nicole Stewart 19-35482-KLP Ch 7

The bank statement was previously provided.  The trustee requested a "running balance" as this does not have one.  <span style="color:red">Unfortunately, this particular bank does not provide statements with a running balance. This has become more and more common with pre-paid debit cards and online banks.</span>

Also, the trustee requested the post-petition fee agreement <span style="color:red">Please have the trustee call me about this. I would like to have a brief dialogue with her regarding this request.</span>

and finally, please provide a recorded copy of the Homestead Deed. <span style="color:red">We are waiting to record the HSD because we want to be sure the trustee agrees with our amounts. If she does not, please let us know and we can make the adjustments.</span>


Sincerely,

Matthew S. Throop, Esq.
Attorney & Counselor at Law



530 East Main Street, Suite 1020
Richmond, VA 23219
(804) 299-5222
(804) 299-5202 (fax)
matthew@throoplaw.com

**NOTICE:** The information transmitted is intended for the named and intended recipient and may contain confidential, privileged information or material.  Any review, re-transmission or other use of this information by anyone other than the named and intended recipient is prohibited.  If you believe you received this message and are not the named and intended recipient, please contact the sender and delete the message in its entirety.

**From:** Kim Lord <klord@spottsfain.com>
**Sent:** Wednesday, November 20, 2019 4:29 PM
**To:** Kyle - Throop Law <kyle@throoplaw.com>
**Cc:** Lance - Throop Law <lance@throoplaw.com>; Matthew S. Throop, Esq. <Matthew@throoplaw.com>; Stephen L. Flores, Esq. <Stephen@throoplaw.com>
**Subject:** RE: Breandra Nicole Stewart 19-35482-KLP Ch 7

Hi Kyle,

The bank statement was previously provided.  The trustee requested a "running balance" as this does not have one.

3

Also, the trustee requested the post-petition fee agreement and finally, please provide a recorded copy of the Homestead Deed.

Kim A. Lord
Trustee Assistant

Spotts Fain PC
411 E. Franklin Street, Suite 600
Richmond, VA 23219
(804) 421-3242 Direct
(804) 421-3243 Fax
klord@spottsfain.com

---

**From:** Kim Lord
**Sent:** Tuesday, November 19, 2019 4:54 PM
**To:** 'Kyle - Throop Law' <kyle@throoplaw.com>
**Cc:** Lance - Throop Law <lance@throoplaw.com>; Matthew S. Throop, Esq. <Matthew@throoplaw.com>; Stephen L. Flores, Esq. <Stephen@throoplaw.com>
**Subject:** RE: Breandra Nicole Stewart 19-35482-KLP Ch 7

Thank you. I will pull the amendments off of Pacer.

---

**From:** Kyle - Throop Law <kyle@throoplaw.com>
**Sent:** Tuesday, November 19, 2019 4:50 PM
**To:** Kim Lord <klord@spottsfain.com>
**Cc:** Lance - Throop Law <lance@throoplaw.com>; Matthew S. Throop, Esq. <Matthew@throoplaw.com>; Stephen L. Flores, Esq. <Stephen@throoplaw.com>
**Subject:** [External Sender] Breandra Nicole Stewart 19-35482-KLP Ch 7
**Importance:** High

Hi Ms. Lord,

Please see the attached filed amended schedules, attached bank statement, requested screenshot (below), and advise if anything further is needed. Please also see the attached unrecorded homestead deed and advise if any changes are needed prior to recording.

Thanks,

Kyle M. Hermann
Bankruptcy Paralegal



530 East Main Street, Suite 1020

Richmond, VA 23219
(804) 299-5222
(804) 299-5202 (fax)
kyle@throoplaw.com

**NOTICE: The information transmitted is intended for the named and intended recipient and may contain confidential, privileged information or material.  Any review, re-transmission or other use of this information by anyone other than the named and intended recipient is prohibited.  If you believe you received this message and are not the named and intended recipient, please contact the sender and delete the message in its entirety.**

**From:** Latrecia Thorne <latrecia2010@gmail.com>
**Sent:** Tuesday, November 19, 2019 1:21 PM
**To:** Kyle - Throop Law <kyle@throoplaw.com>
**Subject:** Breandra Stewart

