Matthew S. Throop (VSB No. 87094)
Throop Law, P.C.
530 E. Main St., Ste. 1020
Richmond, VA 23219
(804) 299-5222
matthew@throoplaw.com
*Counsel for Debtor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| STEWART, Breandra Nicole, | ) | Case No. 19-35482-KLP |
| | ) | Chapter 7 |
| Debtor. | ) | |

***EX PARTE* MOTION FOR AN ORDER ADMITTING
DANIEL E. GARRISON *PRO HAC VICE***

Matthew S. Throop, Esq. ("Throop"), counsel to the debtor in the above-referenced chapter 7 case, hereby moves the Court on an *ex parte* basis to grant the admission *pro hac vice* of Daniel E. Garrison, Esq. of Protego Law, PLLC to act as counsel to Throop in connection with the "Notice and Motion (1) to Compel Cooperation with Trustee and Turnover of Information and (2) for an Order to Show Cause" (the "Motion") filed at docket no. 28 by Chapter 7 Trustee Jennifer J. West ("Trustee"), and any proceedings that might ensue in this case where the bifurcated engagement structure, disclosures or fee of Throop may be at issue.

Mr. Garrison has particular and extensive experience in chapter 7 bifurcation, and offering debtors post-petition payment terms. A copy of his curriculum vitae is attached to the required "Application to Qualify as a Foreign Attorney under Local Bankruptcy Rule 2090-1(E)(3)," filed herewith as Exhibit "A."

As required by Local Rule 2090-1(E)(3), Throop will serve as local counsel and accompany Mr. Garrison in all appearances, and sign all filings.

RESPECTFULLY SUBMITTED this 28th day of January, 2020,

/s/ Matthew S. Throop
Matthew S. Throop #87094
Throop Law. P.C.
530 E. Main Street, Ste. 1020
Richmond, VA 23219
Tel: (804) 299-5222
Fax: (804) 299-5202
matthew@throoplaw.com

## CERTIFICATE OF SERVICE

This is to certify, under penalty of perjury, that on January 28, 2020, the foregoing was emailed to:

Jennifer J. West, Esq.
Spotts Fain PC
411 East Franklin St., Ste. 600
Richmond, VA 23219
jwest@spottsfain.com

Kenneth N. Whitehurst, III
Assistant United States Trustee
Office of the United States Trustee
Norfolk Federal Building, Room 625
200 Granby Street
Norfolk, Virginia 23510
Kenneth.n.whitehurst@usdoj.gov

/s/ Matthew S. Throop